Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Sean E. McClenahan, Esq.
Nevada Bar No. 10145
The Schwartz Law Firm, Inc.
626 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Plaintiffs

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

|  |  |
|---|---|
| In re: | Case No. 09-21070 - LBR |
|  | Chapter 13 |
| Adalberto and Zenaida Gonzalez, |  |
|  | Hearing Date:  August 20, 2009 |
| Debtors. | Hearing Time:  3:30 p.m. |

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that a true and correct copy of the MOTION & NOTICE TO VALUE COLLATERAL "STRIP OFF" AND MODIFY PURSUANT TO 11 U.S.C. § 506(a) AND § 1322 was sent via FACSIMILE MAIL on August 19, 2009, to the following:

Miles & Bauer

Attention: Jeremy Bergstrom

702-369-5960

Fax: 702-369-4955

/s/_ Magda A. Cardona

Magda A. Cardona

Page 1 of 1