Jeremy T. Bergstrom, Esq.  E-filed on August 24, 2009
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 09-93702

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No.: BK-S-09-21070-LBR |
|---|---|
| ADALBERTO GONZALEZ AND ZENAIDA GONZALEZ, | Chapter 13 |
| | **OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF** |
| Debtors. | Date:   September 3, 2009 |
| | Time:  01:30 P.M. |

    BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to the Confirmation of that certain Chapter 13 Plan proposed by Debtors:

    This objecting Secured Creditor holds the first Trust Deed on the subject property generally described as: 5944 Hickory Nut Avenue, Las Vegas, NV  89142.  As of June 25, 2009, the amount in default was $8,915.37, representing monthly payments and late charges due from February 1, 2009 through June 25, 2009; advances for taxes and insurance, if any; and foreclosure costs and attorneys' fees incurred with respect to the default.

1 | The Debtor's Chapter 13 Plan provides for only $3,600.00 in pre-petition arrears to be paid to Secured Creditor.

**CONCLUSION**

Any Chapter 13 Plan proposed by Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied.

(2) For attorney's fees and costs incurred herein.

(3) For such other relief as this Court deems proper.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:  August 24, 2009     By:  /s/ Jeremy T. Bergstrom, Esq.
                                  Jeremy T. Bergstrom, Esq.
                                  Attorney for Secured Creditor

**(09-93702/objaznv.dot/srb)**

2

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on ___August 24, 2009___, a copy of Secured Creditor's **OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTOR:
Adalberto Gonzalez
Zenaida Gonzalez
2222 Seahurst Dr.
Las Vegas, Nv  89142

ATTORNEY FOR DEBTOR:
Samuel A. Schwartz
626 S. Third St.
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Rick A. Yarnall
701 Bridger Ave. #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Sarah R. Biondo
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93702/objaznv.dot/srb)**