Jeremy T. Bergstrom, Esq.  
Nevada Bar No. 6904  
MILES, BAUER, BERGSTROM & WINTERS, LLP  
2200 Paseo Verde Pkwy., Suite 250  
Henderson, NV  89052  
(702) 369-5960 / FAX (702) 369-4955  
E-mail: jbergstrom@mileslegal.com  
File No. 09-93702  

E-filed on August 31, 2009

Attorneys for Secured Creditor,  
BAC HOME LOANS SERVICING, LP FKA  
COUNTRYWIDE HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ADALBERTO GONZALEZ AND ZENAIDA GONZALEZ,<br><br>Debtors. | Case No.: BK-S-09-21070-LBR<br>Chapter 13<br><br>**AMENDED OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF**<br><br>Date:   September 3, 2009<br>Time:  01:30 P.M. |

BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, Secured Creditor in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to the Confirmation of that certain Chapter 13 Plan proposed by Debtors:

This objecting Secured Creditor holds the first Trust Deed on the subject property generally described as: 5944 Hickory Nut Avenue, Las Vegas, NV  89142.  As of June 25, 2009, the amount in default was $8,915.37, representing monthly payments and late charges due from February 1, 2009 through June 25, 2009; advances for taxes and insurance, if any; and foreclosure costs and attorneys' fees incurred with respect to the default.

1

The Debtor's Chapter 13 Plan provides for only $3,600.00 in pre-petition arrears to be paid to Secured Creditor.

**Furthermore, Debtors have filed a Motion to Value Collateral which, in part, requests a cram-down of the value of the first lien to $105,000.00.  In Re: Enewally states that in the event the first lien balance is bifurcated into secured and non-secured portions, the Debtors' Plan must reflect payment in full of the secured portion during the length of the plan. Debtors' Plan only reflects a total of $10,628.40 to be paid into the Plan.**

## CONCLUSION

Any Chapter 13 Plan proposed by Debtors must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code.  It is respectfully requested that confirmation of the Chapter 13 Plan as proposed by Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Plan be denied.

(2) For attorney's fees and costs incurred herein.

(3) For such other relief as this Court deems proper.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   August 31, 2009          By:   /s/ Jeremy T. Bergstrom, Esq.
                                        Jeremy T. Bergstrom, Esq.
                                        Attorney for Secured Creditor

**(09-93702/objaznv.dot/srb)**

2

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on ___August 31, 2009___, a copy of Secured Creditor's *AMENDED* **OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF** was served by depositing a copy of same in the United States Mail, in a postage prepaid envelope, addressed to:

DEBTORS:
Adalberto Gonzalez
Zenaida Gonzalez
2222 Seahurst Dr.
Las Vegas, Nv  89142

ATTORNEY FOR DEBTORS:
Samuel A. Schwartz                ALSO BY ECF AND FAX: 385-2741
626 S. Third St.
Las Vegas, NV 89101

CHAPTER 13 TRUSTEE:
Rick A. Yarnall                ALSO BY ECF AND FAX: 853-4513
701 Bridger Ave. #820
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

                                             /s/ Christine A. Lutz
                                           An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93702/objaznv.dot/srb)**