WILDE & ASSOCIATES  
Gregory L. Wilde. Esq.  
Nevada Bar No. 004417  
208 South Jones Boulevard  
Las Vegas. Nevada 89107  
Telephone: 702 258-8200  
bk@wildelaw.com  
Fax: 702 258-8787  

Electronically Filed on _____

Attorneys for BAC Home Loans Servicing, L.P.  
fka Countrywide Home Loans Servicing L.P.  
09-76041  

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

ADALBERTO GONZALEZ  
ZENAIDA GONZALEZ  

   Debtors.

BK-S-09-21070-LBR

Date:   January 7, 2010  
Time:   1:30 p.m.

Chapter 13

### SUPPLEMENTAL OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing L.P. (hereinafter "Secured Creditor") and files this Supplemental Objection to Confirmation of Chapter 13 Plan stating as follows:

Secured Creditor is the first deed of trust holder on 5944 Hickory Nut Avenue. Las Vegas. NV 89142 (hereinafter "subject property") and is owed over $243,000.00. The Debtors' proposed plan seeks to reduce the Secured Creditor's lien amount to $105,000.00.

Secured Creditor asserts that this Court should not confirm the proposed plan because the subject property is the Debtors' principal residence. Secured Creditors would like to conduct limited discovery to verify that the Debtors' are being truthful with the court. To this end. Secured Creditor is obtaining the loan application to determine if the Debtors claimed the subject property as a residence at

1. the time of purchase.  Secured Creditor would also like to subpoena utility documents to determine if,
2. and when, the Debtors may have lived in the subject property.  Finally, Secured Creditor would like an
3. opportunity to see a copy of any leases the Debtors have concerning the subject property and speak
4. with any alleged tenant(s) of the subject property.

    Finally, Secured Creditor disputes the $105,000.00 valuation of the property.  Before reducing the lien by $138,000.00, the Secured Creditor asks for some time to obtain its own appraisal and find out the information listed above.

    WHEREFORE, Secured Creditor asks that this Court deny confirmation.

DATED this 4th day of January, 2010



WILDE & ASSOCIATES

By_____

**GREGORY L. WILDE, ESQ.**
Attorneys for Secured Creditor

### Certificate of Facsimile

I certify that on January 4, 2010, I served a copy of the foregoing opposition on Debtors' Counsel by facsimile as follows:

Samuel A. Schwartz, Esq.
The Schwartz Law Firm, Inc.
Fax No. 702-385-2741